NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**COREY LEA,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2014-5100

---

Appeal from the United States Court of Federal Claims in No. 1:14-cv-00044-FMA, Judge Francis M. Allegra.

---

**ON MOTION**

---

## O R D E R

Corey Lea moves for leave to file his informal brief out of time. The United States moves for a nine-day extension of time, until September 11, 2014, to file its response brief.

Upon consideration thereof,

IT IS ORDERED THAT:

2                                              LEA v. US

     The motions are granted.  Appellant's informal brief is accepted for filing.


                      FOR THE COURT

                      /s/ Daniel E. O'Toole
                      Daniel E. O'Toole
                      Clerk of Court

s27